460 A.2d 849

Commonwealth v. Friday a/k/a Hughes, Appellant.

Before BROSKY, ROWLEY and MONTGOMERY, JJ.

Judgment of sentence affirmed.